INVITROGEN CORPORATION,
Plaintiff–Cross Appellant,

v.

BIOCREST MANUFACTURING, L.P., Stratagene Holding Corp., and Stratagene, Defendants–Appellants.

Nos. 2007–1078, 2007–1079, 2007–1195.

United States Court of Appeals,
Federal Circuit.

Feb. 13, 2008.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).